IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-cr-00577-KJM-GGH |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| ANIL MALHI, | ) ) | |
| Defendant. | ) | |

Defendant, Anil Malhi, has requested to have his pre-sentencing terms and conditions of release modified to allow him to travel to China and New Zealand for business purposes. Defendant Malhi is currently awaiting sentencing, and has pled guilty to fraud charges. The Plea Agreement forecasts a Guidelines sentence, which at the high range, would require incarceration of approximately 3 ½ years. The undersigned also observes that the loss due to the fraud in this case surpasses seven figures.

The United States Attorney and the Pretrial Services Officer do not object to the request, but neither do they stipulate to it. They believe the court should decide the request.

Notwithstanding the potential for a 5K departure in this case, and a previously approved stipulation for international travel, the undersigned believes it to be unseemly to permit a convicted defendant, convicted on fraud charges arising out of business pursuits, to engage in

\\\\\

1

international business travel pending his sentence. Therefore, the undersigned will not approve the requested trip, nor the return of defendant's passport for purposes of travel.

DATED: May 16, 2012

                               /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE